UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

DICECIL SKIPWITH, individually and on behalf of all others similarly situated,

        Plaintiff,

v.

MAGNESIUM PRODUCTS OF AMERICA, INC., a Michigan corporation,

        Defendant.

Case No: 1:24-cv-00782-HYJ-RSK

Hon. Hala Y. Jarbou

**SUPPLEMENTALE EXHIBIT A IN SUPPORT OF PROPOSED STIPULATD ORDER APPROVING FLSA SETTLEMENT**

NOW COMES Plaintiff Dicecil Skipwith ("Plaintiff"), individually and on behalf of all others similarly situated, by and through his attorneys, Sommers Schwartz P.C. and hereby supplements Exhibit A to the Proposed Stipulated Order Approving FLSA Settlement (ECF No. 27) with the attached Exhibit.

Dated: October 1, 2025

Respectfully Submitted,

*/s/ Kevin J. Stoops*
Kevin J. Stoops (P64371)
Kathryn E. Milz (ARDC # 6297213)
Sommers Schwartz, P.C.
One Towne Square
17th Floor
Southfield, Michigan 48076
(248) 355-0300
kstoops@sommerspc.com
kmilz@sommerspc.com

*Counsel for Plaintiff and the FLSA Collective*

1

## CERTIFICATE OF SERVICE

      I certify that on October 1, 2025 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

                                            */s/ Kevin J. Stoops*
                                            kstoops@sommerspc.com