## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DICECIL SKIPWITH, individually and on behalf of all others similarly situated, | : : : : |
| Plaintiff, | : Case No: 1:24-cv-00782-HYJ-RSK : : Hon. Hala Y. Jarbou |
| v. | : : |
| MAGNESIUM PRODUCTS OF AMERICA, INC., a Michigan corporation, | : : : |
| Defendant. | : : : : |

## <u>STIPULATED ORDER OF DISMISSAL</u>

This matter having come before the Court on the stipulation of the Parties, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that, pursuant to the Parties' Settlement Agreement (and consistent with the terms and conditions therein), all claims asserted by Plaintiff individually and on behalf of the collective of Foundry Workers working at Defendant's Eaton Rapids, Michigan facility are dismissed with prejudice. All other putative collective/class claims are dismissed without prejudice.

IT IS FURTHER ORDERED that the case is dismissed without costs or attorneys' fees imposed on either party.

**SO ORDERED.**

Date: October 9, 2025

/s/ Hala Y. Jarbou
HALA Y. JARBOU
Chief United States District Judge

STIPULATED AS TO FORM AND SUBSTANCE:

| | |
|---|---|
| */s/ Kevin J. Stoops* | */s/ Felicia S. O'Connor (w/consent)* |
| Kevin J. Stoops (P64371) | Felicia S. O'Connor (P76801) |
| SOMMERS SCHWARTZ, P.C. | FOLEY & LARDNER LLP |
| Attorney for Plaintiff | Attorney for Defendant |

Dated:  October 9, 2025